UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DOUGLAS S. BLAIR and GAYLON R. )<br>BLAIR, Jr., )<br>)<br>Defendants. ) | Case number 4:07cv0061 TCM |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Douglas S. Blair, an individual doing business as BCI Contracting, Inc.**, on **February 8, 2007**, and upon defendant **Gaylon R. Blair, Jr., an individual doing business as BCI Contracting, Inc.**, on **March 7, 2007**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2007.