UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) ) Plaintiffs, ) ) vs. ) ) DLR OPPORTUNITIES, INC., a ) Missouri corporation d/b/a BCI ) CONTRACTING, INC., ) ) Defendant. ) | Case number 4:07cv0061 TCM |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling.

Plaintiffs obtained service on defendant DLR Opportunties, Inc., on July 18, 2007. Defendant did not file a responsive pleading. Consequently, Plaintiffs have moved for an entry of default and for a default judgment. These two motions are pending.

Clearly, Defendant is not going to consent to the undersigned ruling on the motion for a default judgment. Without this consent, the undersigned lacks jurisdiction to rule on the motion and grant a default judgment. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

    /s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of September, 2007.