# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:07-CV-61 CAS |
| v. | ) ) | |
| DLR OPPORTUNITIES, INC., a Missouri corporation d/b/a BCI CONTRACTING, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court on plaintiffs' motion for an order of civil contempt against defendant DLR Opportunities, Inc., through its president, Mr. Douglas S. Blair. By Memorandum and Order dated January 17, 2008, the Court ordered Mr. Blair to personally appear before the Court and show cause why he should not be held in contempt for violation of the Court's Order of December 14, 2007 that he produce documents and appear for a post-judgment deposition pursuant to Rule 69 of the Federal Rules of Civil Procedure.

Mr. Blair and counsel for the Plaintiffs appeared before the Court at the show cause hearing on February 21, 2008. At the hearing, Mr. Blair advised that he had been out of town for some time, and pledged to provide the requested documents and appear for a deposition in a timely manner.

In order to compel compliance with its orders, the Court will impose a compliance fine of $100 per day on Mr. Blair, for a period not to exceed ten (10) days. The fine will be held in abeyance if Mr. Blair or another suitable representative of the defendant/judgment debtor provides the requested documents and appears for a post-judgment deposition as previously

ordered.  The documents must be provided and the deposition must take place no later than March 7, 2008.  Plaintiffs' counsel will advise the Court in writing as to Mr. Blair's compliance with the terms of this Order.  If Mr. Blair complies with these conditions, the compliance fine will be forgiven.  If he does not comply in a timely manner, the fine will be enforced.  The Court reserves the right to utilize other means to compel compliance in this matter, if necessary.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for contempt is **GRANTED** as set forth herein.  [Doc. 26]

**IT IS FURTHER ORDERED** that a compliance fine of $100 per day is imposed on defendant's president, Mr. Douglas S. Blair, for a period not to exceed ten (10) days.  The fine will be held in abeyance if Mr. Blair or another suitable representative of the defendant/judgment debtor provides the requested documents and appears for a post-judgment deposition as previously ordered.  The documents must be provided and the deposition must take place no later than **March 7, 2008**, or the fine will be enforced and other means to obtain compliance may also be imposed.

**IT IS FURTHER ORDERED** that plaintiffs shall promptly notify the Court in writing as to Mr. Blair's compliance with the terms of this Order.

                                                **CHARLES A. SHAW**
                                                **UNITED STATES DISTRICT JUDGE**

Dated this   22nd   day of February, 2008.